UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Nicholas Gomez, et al.
                      Plaintiff,

v.                                              Case No.: 1:12–cv–04804
                                              Honorable Elaine E. Bucklo

K. Kruger, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' motion to file two third amended complaints is denied. I know of no authority that would allow different attorneys in the same case, having disagreed, to continue forward by filing separate complaints in the same case. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.